Matter of Nushawn W. v State of New York (2024 NY Slip Op 03618)

Matter of Nushawn W. v State of New York

2024 NY Slip Op 03618

Decided on July 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, DELCONTE, AND HANNAH, JJ.

325 CA 23-01341

[*1]IN THE MATTER OF NUSHAWN W., PETITIONER-APPELLANT,
v
STATE OF NEW YORK, RESPONDENT-RESPONDENT.

TODD G. MONAHAN, LITTLE FALLS, FOR PETITIONER-APPELLANT.
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (JONATHAN D. HITSOUS OF COUNSEL), FOR RESPONDENT-RESPONDENT.

Appeal from a decision of the Supreme Court, Oneida County (James P. McClusky, J.), entered July 18, 2023, in a proceeding pursuant to Mental Hygiene Law article 10. The decision, inter alia, continued the confinement of petitioner to a secure treatment facility. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Memorandum: Petitioner purports to appeal from a decision determining that he is a dangerous sex offender requiring confinement under Mental Hygiene Law § 10.03 (e). We dismiss the appeal. "[N]o appeal lies from a mere decision" (Kuhn v Kuhn , 129 AD2d 967, 967 [4th Dept 1987]; see Gunn v Palmieri , 86 NY2d 830, 830 [1995]).
Entered: July 3, 2024
Ann Dillon Flynn
Clerk of the Court